IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:20-PO 5089-KLD |
|---|---|
| Plaintiff, | Violation: 9610066 and 9610065 |
| vs. | |
| CHRISTINA TERRY, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 16th day of March, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge